**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA** *ex rel.*                                 **PLAINTIFF**
**CHASE L. DEAR**

**V.**                                                    **CAUSE NO. 3:16-CV-88-CWR-LRA**

**BRANDI'S HOPE COMMUNITY**                               **DEFENDANTS**
**SERVICES LLC; DANNY O. COWART**

<u>**FINAL JUDGMENT**</u>

For the reasons stated in the Order issued this day by this Court, *see* Docket No. 12, this

case is dismissed without prejudice for failure to prosecute under Federal Rule of Civil

Procedure 41(b).

**SO ORDERED**, this the 23rd day of October, 2018.

<u>s/ Carlton W. Reeves</u>
UNITED STATES DISTRICT JUDGE