# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA,** *ex rel.*
**CHASE L. DEAR**                                         **PLAINTIFF**

**V.**                             **CAUSE NO. 3:16cv88-CWR-LRA**

**BRANDI'S HOPE COMMUNITY**
**SERVICES LLC and DANNY O. COWART**           **DEFENDANTS**

## THE GOVERNMENT'S NOTICE REGARDING
## DISMISSAL OF RELATOR'S COMPLAINT

1. On March 15, 2018, the United States, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), notified the Court of its decision to not intervene in this action.

2. On August 21, 2018, the Court ordered the Relator to serve his Complaint by September 21, 2018. Doc. No. 11.

3. The Relator having failed to comply with the Court's Order, the Court has entered an Order dismissing the Complaint without prejudice. Doc. No. 12.

4. Having considered the foregoing, and based upon the interests of the United States, the United States hereby notifies the Court of its consent to the dismissal since it is without prejudice as to the United States.

Dated: October 23, 2018             Respectfully submitted,

                                          D. MICHAEL HURST, JR.
                                          United States Attorney

                                          *s/ Lynn Murray*
                                          SAMUEL LYNN MURRAY
                                          Assistant United States Attorney
                                          501 E. Court St., Ste. 4.430
                                          Jackson, Mississippi 39201
                                          lynn.murray@usdoj.gov
                                          Tel. 601-973-2835

Fax. 601-965-4409
Mississippi Bar No. 3690

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served this date, October 23, 2018, via the Court's ECF filing system, a copy of the above on all counsel of record.

>*/s/ Lynn Murray*
>Lynn Murray
>Assistant U.S. Attorney